# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | Case No. 2:21-cv-04766-MHW-EPD |
| Plaintiff, | Judge Michael H. Watson |
| v. | Chief Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiff John Doe and Defendant The Ohio State University ("OSU") hereby stipulate to the **DISMISSAL WITH PREJUDICE** of any and all claims which have been, could have been, or should have been asserted against OSU in the Complaint (Doc. 1). The parties will bear their own attorneys' fees, costs and expenses.

**Stipulated and Agreed To By:**

Attorney for Plaintiff:

/s/ John Camillus
John C. Camillus (0077435) (Trial Attorney)
Law Offices of John C. Camillus, LLC
P.O. Box 141410
Columbus, OH 43214
(614) 992-1000
(614) 559-6731 (facsimile)
jcamillus@camilluslaw.com

Mitchell Schuster, Esq.
Benjamin D. Bianco, Esq.
Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor
New York, New York 10017
(212) 655-3500

Attorney for Defendant:

DAVID A. YOST
ATTORNEY GENERAL OF OHIO

/s/ Michael Carpenter
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
David J. Barthel (0079307)
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
carpenter@carpenterlipps.com
bricker@carpenterlipps.com

1

| | |
|---|---|
| (212) 655-3535 (facsimile)<br>ms@msf-law.com<br>bdb@msf-law.com | barthel@carpenterlipps.com<br><br>Special Counsel for Defendant The Ohio State University |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on August 5, 2022. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

    /s/ John Camillus
John C. Camillus
Trial Attorney for Plaintiff